CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 27 2011

JULIA C. DUDLEY, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JAMES WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:10-cv-75 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| L. CALTON, | ) | By: Hon. Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant. | ) | |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

that

1. the motion for summary judgment filed by the defendant is **DENIED**; and

2. the defendant is **DIRECTED** to file an answer to the Amended Complaint within ten (10) days from entry of this order.

The Clerk is directed to set this matter for trial before a seven-member jury at the court's earliest convenience. The Clerk is further directed to send copies of this order and the accompanying memorandum opinion to the plaintiff and all counsel of record.

ENTER: This 27th day of April, 2011.

_____
Chief United States District Judge